JOHNSON *v.* VOYLES, SHERIFF, ET AL.

No. 429, Misc.   Decided March 10, 1969.

*Crawford C. Martin,* Attorney General of Texas, *Nola White,* First Assistant Attorney General, *Robert C. Flowers* and *Allo B. Crow, Jr.,* Assistant Attorneys General, and *Stanley Kirk* for respondents.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded to the Supreme Court of Texas for further consideration in light of *Smith* v. *Hooey,* 393 U. S. 374.